**Charlie Lee DAVIS, Petitioner— Appellant,**

v.

**Patricia R. STANSBERRY, Warden, Low Security Correctional Institution, Butner, Respondent—Appellee.**

No. 05–6074.

United States Court of Appeals, Fourth Circuit.

Submitted: July 14, 2005.

Decided: July 22, 2005.

Charlie Lee Davis, Appellant pro se.

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlie Lee Davis appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and the district court's order and find no reversible error. Accordingly, although we grant Davis' motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Davis v. Stansberry, No. CA–04–767–BO (E.D.N.C. filed Nov. 10, 2004 & entered Nov. 23, 2004). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*